UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
NADINE CATHERINE LABARBERA,                      :
                                                 :
                         Plaintiff,              :            **ORDER**
                                                 :            20-CV-3187 (WFK) (MMH)
            v.                                    :
                                                 :
COMMISSIONER OF THE SOCIAL                       :
SECURITY ADMINISTRATION,                         :
                                                 :
                         Defendant.              :
---------------------------------------------------------------X
**WILLIAM F. KUNTZ, II, United States District Judge:**

On February 17, 2026, Magistrate Judge Marcia M. Henry issued a Report &

Recommendation ("R&R"), ECF No. 25, recommending the Court grant Plaintiff's counsel

Howard D. Olinsky and his firm Olinsky Law Group's ("Olinsky") Motion for Attorneys' Fees

Pursuant to Social Security Act § 206(b)(1) in the above-captioned action, ECF No. 20. The

parties did not file any objections to the R&R, which were due by Tuesday, March 3, 2026. *See*

28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(2).

The Court reviews an R&R for clear error when no objections have been filed. *See*

*Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007) (Garaufis, J.). Finding no such

error here, the Court adopts the R&R in its entirety.

Olinsky's motion for attorneys' fees is GRANTED. The Court ORDERS an award of

$6,069.50 in attorneys' fees pursuant to 42 U.S.C § 406(b), paid from Plaintiff Nadine Catherine

LaBarbera's past-due benefits. The Court further ORDERS Olinsky, within seven days of

receipt of the Section 406(b) attorneys' fees award, to refund to Plaintiff $4,944.21 for the

attorneys' fees awarded pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

SO ORDERED.

**s/WFK**

HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: March 17, 2026
   Brooklyn, New York